tion by James Garofano, as administrator against Vincenzo Covino and another. No opinion. Motion denied. See, also, 153 N. Y. Supp. 1115.

GEERING v. METROPOLITAN BANK. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Alfred Geering against the Metropolitan Bank. No opinion. Application granted. Order signed.

GEORGE A. OHL & CO., Respondents, v. STANDARD STEEL SECTIONS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by George A. Ohl & Co. against the Standard Steel Sections, Incorporated. E. Adler, of New York City, for appellant. J. H. Banton, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GERMAN–AMERICAN COFFEE CO. v. DIEHL. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by German-American Coffee Company against Clarence A. Diehl. No opinion. Motion granted. Questions certified as stated in order. Order filed. See, also, 152 N. Y. Supp. 1113.

GERMAN–AMERICAN COFFEE CO. v. O'NEILL. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by the German-American Coffee Company against John O'Neill. No opinion. Motion granted. Questions certified as stated in order. Order filed. See, also, 152 N. Y. Supp. 1113.

GERSHANDOFF v. NEW YORK CONSOL. R. CO. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Benjamin Gershandoff against the New York Consolidated Railroad Company. No opinion. Motion to dismiss appeal from judgment granted, and motion to dismiss appeal from order denied. Order filed.

GIBBS, Respondent, v. KNICKERBOCKER SAVINGS & LOAN CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1915.) Action by Herbert H. Gibbs against the Knickerbocker Savings & Loan Company. No opinion. Motion for leave to appeal (from 166 App. Div. 517, 152 N. Y. Supp. 4) to the Court of Appeals denied.

GILLIGAN, Respondent, v. DE CANT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1915.) Action by Bartholomew A. Gilligan, as trustee in bankruptcy, etc., against Lincoln G. De Cant.
PER CURIAM. Judgment and order affirmed, with costs.
MERRELL, J., not sitting.

GILSEY et al., Respondents, v. LANCASTER, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Henry Gilsey and another against Frederick J. Lancaster. G. C. Fox, of New York City, for appellant. S. Kohn, of New York City, for respondents. No opinion. Order modified, by requiring plaintiff, as a condition of being allowed to serve an amended complaint, to pay all costs of the action to date, excepting the costs of the former appeal, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 164 App. Div. 663, 150 N. Y. Supp. 178.

GIOFRIDA, Respondent, v. EASTERBROOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Julia Giofrida against Isaac N. Easterbrook. No opinion. Judgment and order affirmed, with costs.

GUINTINI, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department, May 28, 1915.) Action by Giovanni Guintini against Alex Thompson. J. L. Prager, of New York City, for appellant. G. Witschief, of Newburgh, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the ground that plaintiff is shown to be a resident of New York county. Order filed.

GLASER v. BURNS et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Urania U. Glaser against John N. Burns and others. No opinion. Motion for stay granted, on condition that appellant perfect his appeal, place the case upon the calendar for June 11, 1915, and be ready for argument when reached; otherwise, motion denied, with costs. See, also, 154 N. Y. Supp. 21.

GLASGOW, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Arvene Glasgow, an infant, against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

GLEDHILL, Appellant, v. SCHIFF et al., Respondents. (No. 7431.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Special Term, New York County. Action by John Gledhill, on behalf of himself, etc., against Jacob H. Schiff and others. From an order vacating an order for the examination of defendants before trial, plaintiff appeals. Reversed, and order for examination modified. Harrison Clark, Jr., of New York City, for appellant. Carl A. De Gersdorff, of New York City, for respondents.
PER CURIAM. The order appealed from should be reversed, and the order for the examination of the defendants before trial modified, by allowing examination only under the third clause of the first paragraph of such or-